## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| LAVANDA CALHOUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:05cv921-F |
| VS. | ) | |
| | ) | |
| PROGRESSIVE CASUALTY | ) | |
| INSURANCE COMPANY, | ) | **DEMAND FOR JURY TRIAL** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW the Plaintiff in the above styled cause, Lavanda Calhoun, and as a basis for the relief hereinafter demanded, says as follows; to-wit:

### NATURE OF THE ACTION

1.    This is an action for uninsured motorist insurance benefits due to Plaintiff, Lavanda Calhoun, as a result of personal injuries and damages proximately resulting from a motor vehicle accident which occurred on or about May 16, 2003 on the Ross Clark Circle at the intersection of South Oates Street in Dothan, Houston County, Alabama.

### PARTIES AND JURISDICTION

2.    The Plaintiff, Lavanda Calhoun, an individual, sustained injuries and damages in the accident of May 16, 2003 and was at all times relevant to

the allegations made in this Complaint a citizen and resident of Dothan,

Houston County, Alabama.

3.    The Defendant, Progressive Casualty Insurance Company is a

wholly owned subsidiary of Progressive Corporation which is an insurance

corporation incorporated under the laws of the State of Ohio having its

principal place of business in Mayfield Village, Ohio and /or in a state other

than the State of Alabama.

4.    The amount in controversy exceeds, exclusive of interest and

costs, the jurisdictional amount specified by 28 U.S.C. §1332.

## COUNT I

5.    On or about May 16, 2003, Plaintiff, Lavanda Calhoun, was

operating a 2004 Ford Explorer on the Ross Clark Circle at or near the

intersection of South Oates Street in Dothan, Houston County, Alabama.  The

Ross Clark Circle and South Oates Street are public highways in Houston

County, Alabama.

6.    At the aforesaid time and place the Plaintiff, Lavanda Calhoun,

was seriously injured when the vehicle she was operating was struck by a

vehicle being operated by Matthew Justin Downing; who so negligently

operated his vehicle so as to cause or allow it to run into, upon or against the

vehicle being operated by the Plaintiff, Lavanda Calhoun, and such negligent

conduct of Matthew Justin Downing was a proximate cause of the Plaintiff's injuries and damages hereinafter described.

7.    On or about May 16, 2003, Matthew Justin Downing, was insured with an automobile liability insurance policy issued by Alfa Insurance Company. The sum of the policy limits of the liability insurance policy issued to Matthew Justin Downing by Alfa Insurance Company was less than the damages which the Plaintiff, Lavanda Calhoun, is legally entitled to recover.

8.    On or about May 16, 2003, Matthew Justin Downing was operating an uninsured motor vehicle as that term is defined by §32-7-23(b)(4) of the Code of Alabama (1975).

9.    On or about April 28, 2005, Matthew Justin Downing's automobile liability insurance carrier, Alfa Insurance Company, paid to the Plaintiff the policy limits available under Matthew Justin Downing's automobile liability insurance policy in the amount of $50,000.00.

10.    On or about May 16, 2003, Plaintiff, Lavanda Calhoun, was insured by automobile liability insurance policies issued by the Defendant, Progressive Casualty Insurance Company. Said policies of insurance provided coverage for uninsured motorist benefits as that term is defined by §32-7-23 of the Code of Alabama (1975).

11.    The Plaintiff, Lavanda Calhoun, accepted Alfa Insurance Company's policy limits pursuant to the terms and provisions set forth in

*Lambert v. State Farm Mutual Automobile Insurance Company*, 576 So.2d 160,

(Ala.1991).

      12.    As a approximate result of the negligent conduct of Matthew

Justin Downing, an uninsured motorist; the Plaintiff, Lavanda Calhoun,

suffered the following injuries and damages; to-wit:

> Plaintiff, Lavanda Calhoun, suffered pain in her neck, upper back and low back, as well as headaches. Plaintiff suffered an L5-S1 left lateral protruding disc; and was required to undergo an L5-S1 laminotomy and diskectomy. Plaintiff sustained serious and severe injuries to her body. Plaintiff was caused to undergo doctor, chiropractic, hospital and surgical treatment in and about an effort to cure her injuries and damages; and as a result of her injuries will be caused to undergo doctor, hospital and medical treatment in the future. She has suffered and continues to suffer great physical pain and mental anguish and will so suffer in the future. She has sustained a permanent disability and impairment to her body as a result of her injuries. She has been disfigured. She has been caused to expend great sums of money for doctor, hospital, chiropractic, drug and physical therapy treatment. The Plaintiff has sustained loss wages as a result of her injuries.

      WHEREFORE, Plaintiff, Lavanda Calhoun, demands judgment against

the Defendant, Progressive Casualty Insurance Company, for uninsured

motorist insurance benefits in the amount of $500,000.00 and costs.

Rufus R. Smith, Jr. (SMI060)
Attorney for Plaintiff
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
Fax: (334) 671-7957

## JURY DEMAND

Plaintiff demands a trial by struck jury.

_____
Rufus R. Smith, Jr.
Of Counsel for Plaintiff


## REQUEST FOR CERTIFIED MAIL SERVICE BY CLERK

The plaintiff hereby requests that the clerk serve the defendant by certified mail, return receipt requested pursuant to Rule 4.1 (c) of the Federal Rules of Civil Procedure.

_____
Rufus R. Smith, Jr.
Of Counsel for Plaintiff


## SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:

Progressive Casualty Insurance Company
The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109