Calhoun

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Progressive Casualty Insurance Comp
The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

1:05CV921 (Cmp + summ 20 copy)

2. Article Number (Copy from service label)
7000 0520 0023

PS Form 3811, July 1999

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
                                         10-3-05

C. Signature
X _Dawson_              ☐ Agent
                        ☐ Addressee
                        ☐ Yes
D. Is delivery address different from item 1?   ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes