**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LAVANDA CALHOUN,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO.: 1:05-CV-921-F** |
| | * | |
| **PROGRESSIVE CASUALTY** | * | |
| **INSURANCE COMPANY,** | * | |
| | * | |
| **Defendant.** | * | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), the parties to this action conferred on October 31, 2005 and are in agreement to the conditions contained herein. Those participating in this conference were:

Rufus R. Smith, Jr., on behalf of Lavanda Calhoun; and

Alex L. Holtsford, Jr., on behalf of Progressive Specialty Insurance Company.

## PRE-DISCOVERY DISCLOSURES

The parties agree to exchange the initial disclosures required by Fed.R.Civ.P. 26(a)(1) on or before November 28, 2005.

## DISCOVERY PLAN

The parties jointly propose to the Court the following discovery plan:

1.   Discovery will be needed on the following subjects:

   a.   Plaintiff's claimed injuries and damages, liability of the defendant, and all matters set forth in any pleadings.

2.   All discovery will be completed by June 1, 2006.

3.   A maximum of 50 interrogatories, by each party to any other party, with responses due thirty days after service.

4.   A maximum of 25 requests for production by each party to any other party, with responses due thirty days after service.

5.   A maximum of 25 requests for admission by each party to each other party, with responses

due thirty days after service.

6.    A maximum of 5 depositions by each party.

7.    Each deposition shall be limited to three hours unless extended by agreement of parties.

8.    Reports from retained experts under Rule 26(a)(2) will be due from the plaintiffs on or before March 1, 2006.

9.    Reports from retained experts under Rule 26(a)(2) will be due from the defendants on or before April 1, 2006.

## OTHER ITEMS

10.    The parties do not request a conference with the court prior to the entry of the scheduling order.

11.    The plaintiff should be allowed until January 1, 2006 to amend the pleadings and to join additional parties.

12.    The defendants should be allowed until January 15, 2006 to amend the pleadings and to join additional parties.

13.    All potentially dispositive motions must be filed on or before May 1, 2006.

14.    Settlement is unlikely at this time due to disputes concerning liability.

15.    Pursuant to Fed.R.Civ.P. 26 (a)(3), final lists of evidence that the parties intend to present at trial, including a list of all witnesses and exhibits to be presented, are due:

      (i) from all parties by 14 days prior to trial;

      (ii) parties shall have 5 days after service of these final lists of evidence to present objections and list rebuttal witnesses.

16.    The parties request a pretrial conference in August of 2006.

17.    This case should be ready for trial by October 2, 2006, and is expected to take approximately 2 days.

_____

Alex L. Holtsford, Jr. (HOL048)
Attorney for Progressive Speciality Insurance Company

OF COUNSEL:
Nix Holtsford Gilliland Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, Alabama 36103-4128
334-215-8585


   /s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr.
Attorney for Lavanda Calhoun

OF COUNSEL:
P.O. Drawer 6629
Dothan, Alabama 36302
334-671-7959