IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Civil Action No.: |
| ) | 1:05-cv-921-f |
| PROGRESSIVE CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION TO SUBSTITUTE PROGRESSIVE SPECIALTY INSURANCE COMPANY FOR DEFENDANT, PROGRESSIVE CASUALTY INSURANCE COMPANY AS THE REAL PARTY IN INTEREST

**COMES NOW** the Plaintiff in the above styled cause and moves the Court pursuant to Rule 17 of the *Federal Rules Civil Procedure* to substitute as the Defendant in this action Progressive Specialty Insurance Company for the named Defendant, Progressive Casualty Insurance Company; and as grounds for said Motion, Plaintiff says as follows; to-wit:

1. In its Answer filed in this case the Defendant, Progressive Casualty Insurance Company, affirmatively averred that the correct name of said Defendant for the purposes of this action is Progressive Specialty Insurance Company.

2. In its Answer filed in this case the Defendant, admitted that jurisdiction and venue were proper in this Court, with the exception of the legal identity of the Defendant insurance carrier.

3. Progressive Specialty Insurance Company can be substituted as a Defendant without depriving the Court of jurisdiction over the subject matter of this action and without depriving the Court of venue.

**WHEREFORE,** Plaintiff moves the Court to substitute as the proper Defendant in this action Progressive Specialty Insurance Company in lieu of the named Defendant, Progressive Casualty Insurance Company.

_____
Rufus R. Smith, Jr. (SMI060)
Attorney for Plaintiff
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the __10th__ day of, November, 2005.

Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, LYONS & HIGGINS, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

_____
Rufus R. Smith, Jr. (SMI060)