IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LAVANDA CALHOUN,                )
                               )
        Plaintiff,             )
                               )
v.                             )        Case No. 1:05-cv-921-F
                               )
PROGRESSIVE CASUALTY           )
INSURANCE COMPANY,             )
                               )
        Defendant.             )

## ORDER

This cause is before the Court on Plaintiff's Motion to Substitute Progressive Specialty Insurance Company for Defendant, Progressive Casualty Insurance Company as the Real Party in Interest (Doc. # 8). Upon consideration, the motion is hereby GRANTED. Progressive Specialty Insurance Company is substituted for Progressive Casualty Insurance Company.

DONE this 14th day of November, 2005.

                          /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE