IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, | ) |
| | ) |
|    Plaintiff, | ) |
| | )  Case No.: 1:05-CV-921-F |
| PROGRESSIVE CASUALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE
AND MEDIATION**

Pursuant to **SECTION 3** of the Court's **UNIFORM SCHEDULING ORDER** of November 11, 2005, counsel for the Plaintiff and Defendant conducted a face-to-face settlement conference on June 26, 2006.

At said conference said counsel engaged in good faith settlement negotiations.

A settlement was not reached. The parties do not believe that mediation will assist them in resolving this case.

 

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Rufus R. Smith, Jr. & Assoc.
Attorneys for Plaintiff
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 27th day of June, 2006.

Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, LYONS & HIGGINS, P.C.
Union Station
Post Office Box 4128
Montgomery, Alabama  36103-4128

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr.
Attorney for Plaintiff