IN THE UNTIED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No.: 1:05-cv-921-F |
| ) | |
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S EXHIBIT LIST**

COMES NOW the Plaintiff in the above styled cause, Lavanda Calhoun, by and through her attorney of record, Rufus R. Smith, Jr., and in compliance with Rule 26(a)(3) of the *Federal Rules of Civil Procedure* and **SECTION 11** of the Court's Uniform Scheduling Order of November 4, 2005 and submits the following list of exhibits that the Plaintiff will use at the trial of the above referenced case; to-wit:

**EXHIBIT 1**   -   Any and all automobile liability insurance policies issued by the Defendant insuring the Plaintiff which said insurance policy provided coverage for uninsured motorists benefits as that term is defined by §32-7-23 of the *Code of Alabama* (1975).

**EXHIBIT 2**   -   The settlement check from Alfa Insurance Company, Matthew Justin Downing's automobile liability insurance carrier made payable to the Plaintiff in the amount of $50,000.00 which said amount represented Alfa Insurance Company's policy limits.

**EXHIBIT 3**   -   An itemization with verification of Plaintiff's medical bills incurred for treatment of injuries sustained in the accident at issue. [Exhibit 3 to Dr. Sanders' deposition; Exhibit 8 to Dr. Ryan's deposition and Exhibit 4 to Dr. Duerson's depositon]

1

**EXHIBIT 4**   -   A letter dated March 9, 2006 from BlueCross BlueCross of Alabama evidencing its contractual subrogation claim in this case in the amount of $8,849.11.

**EXHIBIT 5**   -   Medical records of Dr. Patrick G. Ryan [attached as Exhibit 1 to Dr. Ryan's deposition].

**EXHIBIT 6**   -   Letter from Dr. Patrick G. Ryan to Leon A. Boyd dated September 27, 2004 [Exhibit 4 to Dr. Ryan's deposition].

**EXHIBIT 7**   -   Admission history and physical dated August 9, 2005 [Exhibit 5 to Dr. Ryan's deposition].

**EXHIBIT 8**   -   Operative report dated August 9, 2005 [Exhibit 5 to Dr. Ryan's deposition].

**EXHIBIT 9**   -   September 7, 2005 letter from Dr. Patrick G. Ryan assigning Lavanda Calhoun a 10% to the body as a whole impairment rating [Exhibit 9 to Dr. Ryan's deposition].

**EXHIBIT 10**  -   Medical illustration utilized at the depositions of Dr. Patrick Ryan [Exhibit 10 to Dr. Ryan's deposition] and Dr. Douglas A. Duerson [Exhibit 2 to Dr. Duerson's deposition].

**EXHIBIT 11**  -   The standard mortality table.

**EXHIBIT 12**  -   Medical records of Dr. Douglas A. Duerson [Attached as Exhibits 1 & 3 to Dr. Duerson's deposition].

**EXHIBIT 13**  -   Medical records of Sanders Chiropractic Clinic [attached as Exhibits 1 – 4 to the deposition of Dr. Wallace Sanders].

**EXHIBIT 14**  -   Copies of the Plaintiff's tax returns three (3) years proceeding the accident.

**EXHIBIT 15** -   Plaintiff may utilize enlargements of the above referenced exhibits for demonstration purposes.

**EXHIBIT 16** -   Plaintiff may introduce any exhibit attached as an exhibit to any deposition taken by the Plaintiff in this case.

**EXHIBIT 17** -   Plaintiff reserves the right to supplement her exhibit list prior to trial since discovery has not been completed.

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302-6629
F:  (334) 671-7957
T:  (334) 671-7959
Attorney for Plaintiff, Lavanda Calhoun

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 4th day of August, 2006.

Alex L. Holtsford, Jr.
Nix, Holtsford Gilliland,
Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Attorney for Defendant

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr.

3