## IN THE UNTIED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) Case No.: 1:05-cv-921-F |
| | ) |
| PROGRESSIVE SPECIALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S IDENTIFICATION OF DEPOSITIONS TO BE USED AT TRIAL**

COMES NOW the Plaintiff in the above styled cause, Lavanda Calhoun, by and through her attorney of record, Rufus R. Smith, Jr., and in compliance with Rule 26(a)(3) of the *Federal Rules of Civil Procedure* and **SECTION 10** of the Court's Uniform Scheduling Order of November 4, 2005 and identiies the following video depositions and depositions which the Plaintiff expects to play and/or read in their entirety at the trial of this cause; to-wit:

1. Plaintiff will read the deposition of Dr. Wallace Sanders, D.C.

2. Video deposition of Dr. Douglas A. Duerson.

3. Video deposition of Dr. Patrick G. Ryan.

4. Plaintiff reserves the right to supplement the foregoing in the future since discovery in this case has not been completed.

5. Plaintiff reserves the right to identify and read parts of other deposition testimony of any witness who has not been deposed but will be deposed prior to the discovery deadline.

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302-6629
F: (334) 671-7957
T: (334) 671-7959
Attorney for Plaintiff, Lavanda Calhoun

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 4th day of August, 2006.

Alex L. Holtsford, Jr.
Nix, Holtsford Gilliland,
Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Attorney for Defendant

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr.