## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

LAVANDA CALHOUN,                    )
                                    )
    Plaintiff,                      )
                                    )    **Case No.:  1:05-CV-921-F**
PROGRESSIVE SPECIALTY              )
INSURANCE COMPANY,                  )
                                    )
    Defendant.                      )

### PLAINTIFF'S WITNESS LIST

Comes Now the Plaintiff in the above styled cause, Lavanda Calhoun, by and through her attorney of record and in compliance with Rule 26(a)(3) of the *Federal Rules of Civil Procedure* and **SECTION 9** of the Court's **UNIFORM SCHEDULING ORDER** of November 4, 2005 and submits the following list of witnesses whom she expects to present at the trial of this case; to-wit:

1.    Lavanda Calhoun
    10980 South Park Avenue
    Dothan, Alabama  36301
    (334) 677-5187

2.    Gene Calhoun
    10980 South Park Avenue
    Dothan, Alabama  36301
    (334) 677-5187

3.    Matthew Justin Downing
    588 County Road 527
    New Brockton, Alabama  36313
    (334) 894-6579

4.    Officer J. Davis
      Dothan Police Department
      210 North Saint Andrews Street
      Dothan, Alabama  36303
      (334) 615-3000

5.    Lieutenant Ladon Joiner
      Houston County Sheriff's Department
      114 North Oates Street
      Dothan, Alabama  36301
      (334) 677-48888

6.    Dr. Patrick G. Ryan
      Montgomery Neurosurgical Associates
      1510 Foster Avenue
      Montgomery, Alabama  36106
      (334) 834-6422 [BY DEPOSITION]

7.    Dr. Douglas A. Duerson
      Dothan Anesthesiology Associates
      4370 West Main Street
      Dothan, Alabama  36301
      (334) 793-5000

8.    W. A. Sanders, D.C.
      Sanders Chiropractic Clinic, PA
      1001 Tate Drive
      Dothan, Alabama  36301
      (334) 793-2096

Comes Now the Plaintiff in the above styled cause, Lavanda Calhoun, by

and through her attorney of record and in compliance with Rule 26(a)(3) of the

*Federal Rules of Civil Procedure* and **SECTION 9** of the Court's **UNIFORM**

**SCHEDULING ORDER** of November 4, 2005 and submits the following

list of witnesses whom she may call if the need arises at the trial of this case; to-

wit:

9.      Sheriff Lamar Glover
        Houston County Sheriff's Department
        114 North Oates Street
        Dothan, Alabama  36301
        (334) 677-48888

10.     Kent Skinner
        Senior Claims Adjuster
        Alfa Insurance Company
        2969 Ross Clark Circle
        Suite 1
        Dothan, Alabama 36301
        (334) 793-2737

11.     Heath Gary and/or the corporate representative of the
        Defendant, Progressive Specialty Insurance Company
        2100 Riverchase Center
        Building 100
        Suite 100
        Birmingham, Alabama  35244
        (205) 739-7560

12.     Kimberly Augustus-Tucker
        BlueCross BlueShield of Alabama
        Subrogation Department
        450 Riverchase Parkway East
        Hoover, Alabama  35323
        (205) 220-6212

13.     Employees of the healthcare providers [doctors, chiropractors,
        hospitals, etc.] who provided treatment to the Plaintiff for injuries
        sustained as a result of the accident at issue which said witnesses
        may be necessary to authentic any exhibit offered into evidence.

14.     Plaintiff reserves the right to call any witness listed by the
        Defendant.

15.     Plaintiff reserves the right to utilize rebuttal testimony from
        witnesses who cannot be anticipated at this time.

16.     Plaintiff reserves the right to call any witness necessary to authenticate any exhibit offered into evidence.

17.     Plaintiff reserves the right to supplement this witness list in the future since discovery in this case has not been completed.

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Rufus R. Smith, Jr. & Assoc.
Attorneys for Plaintiff
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957

## CERTIFICATE OF SERVICE

 I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 4th day of August, 2006.

Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, LYONS & HIGGINS, P.C.
Union Station
Post Office Box 4128
Montgomery, Alabama  36103-4128

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr.
Attorney for Plaintiff