## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAVANDA CALHOUN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1:05-CV-921-F** |
| **PROGRESSIVE CASUALTY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>MOTION TO RESCHEDULE PRETRIAL HEARING</u>

Comes Now the Plaintiff, Lavanda Calhoun, by and through her attorney of record, Rufus R. Smith, Jr. and moves the Court to reschedule the Pretrial Hearing set in this case for September 5, 2006 and as grounds for said Motion, Plaintiff says as follows; to-wit:

1.     Plaintiff's counsel has previously scheduled two (2) of the Defendants depositions in the case of *Anna J. Bates v. Dr Gregory Bess, et al, pending in the Circuit Court of Houston County, Alabama; civil action number:  CV-04-262-J* for September 5, 2006.  There are six attorneys defending the *Bates* case. Those attorneys are located in Dothan, Alabama; Birmingham, Alabama; Atlanta, Georgia and Kansas City, Missouri.  It has taken approximately six months to schedule the depositions of Dr. Gregory Bess and Dr. Steven Skyes. To reschedule these depositions would cause a substantial hardship on the Plaintiff in the *Bates* case.

2.    Plaintiff's counsel has conferred with the Defendant's attorney in this case, Alex L. Holtsford, Jr. and Plaintiff and Defense counsel are available for the Pretrial hearing in this case on the afternoon of September 7 or on September 8, 13, 14 or 15, 2006.

3.    The rescheduling of the Pretrial hearing in this case will not cause any change in any other deadline or in the scheduled trial setting of this case.

WHEREFORE, Plaintiff's counsel request the Court to reschedule the Pretrial hearing in this case.

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Rufus R. Smith, Jr. & Assoc.
Attorneys for Plaintiff
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 14th day of August, 2006.

Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, LYONS & HIGGINS, P.C.
Union Station
Post Office Box 4128
Montgomery, Alabama  36103-4128

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr.
Attorney for Plaintiff
