IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:05-CV-921-F |
| PROGRESSIVE SPECIALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST**

Comes Now the Plaintiff in the above styled cause, Lavanda Calhoun, by and through her attorney of record and in compliance with Rule 26(a)(3) of the *Federal Rules of Civil Procedure* and **SECTION 11** of the Court's **UNIFORM SCHEDULING ORDER** of November 4, 2005 and supplements her Exhibit list previously filed with the Court on August 4, 2006 to include the following; to-wit:

**EXHIBIT 18**   -   Diagram of the accident scene.

**EXHIBIT 19**   -   Photographs of the accident scene.

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Rufus R. Smith, Jr. & Assoc.
Attorneys for Plaintiff
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 16th day of August, 2006.

Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, LYONS & HIGGINS, P.C.
Union Station
Post Office Box 4128
Montgomery, Alabama  36103-4128

                                        /s/ Rufus R. Smith, Jr.
                                        Rufus R. Smith, Jr.
                                        Attorney for Plaintiff