IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.: 1:05-CV-921-F |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | * |
| Defendant. | * |

**DEFENDANT'S IDENTIFICATION OF DEPOSITIONS TO BE USED AT TRIAL**

Comes Now, the Defendant, Progressive Casualty Insurance Company, by and through undersigned counsel, and does hereby submit the following identification of depositions to be used at trial:

1. Deposition of Dr. Patrick Ryan – pp.32-47;

2. Deposition of Dr. Wallace Sanders – pp. 27-44;

3. Deposition of Dr. Douglass Duerson – pp.18-23, 25-26.

Respectfully submitted this 23rd day of August, 2006.

/s/ Alex L. Holtsford, Jr.
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Rufus R. Smith, Jr.
Rufus R. Smith, Jr. & Associates
P.O. Drawer 6629
Dothan, Alabama 36302

This the 23rd day of August, 2006.

/s/ Alex L. Holtsford, Jr.
OF COUNSEL