IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.: 1:05-CV-921-F |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | * |
| Defendant. | * |

### DEFENDANT'S EXHIBIT LIST

Comes Now, the Defendant, Progressive Casualty Insurance Company, by and through undersigned counsel, and does hereby submit the following exhibit list:

Exhibit 1: Any and all pleadings, including the Complaint filed by the Plaintiff.

Exhibit 2: Any and all discovery that has been exchanged between the parties, including the Plaintiff's Initial and Supplemental Responses to Defendant's Interrogatories and Requests for Production.

Exhibit 3: Any and all records related to the Plaintiff's current and/or past employment.

Exhibit 4: Medical Records of Dr. Patrick G. Ryan which are attached as Exhibit 1 to Dr. Ryan's deposition.

Exhibit 5: Medical Records of Dr. Douglas A. Duerson which are attached as Exhibit 1 & 3 to Dr. Duerson's deposition.

Exhibit 6: Medical Records of Dr. Wallace A. Sanders which are attached as Exhibits 1-4 to Dr. Sanders' deposition.

Exhibit 7  Any exhibit attached as exhibit to any deposition taken in this case.

Exhibit 8: Any exhibit listed by the Plaintiff.

Exhibit 9: Any exhibit necessary for rebuttal or impeachment purposes.

Exhibit 10:   The above-listed exhibits are available for review and inspection by the Plaintiff at the office of counsel for the Defendant.

Respectfully submitted this 23 day of August, 2006.

/s/ Alex L. Holtsford, Jr.
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Rufus R. Smith, Jr.
Rufus R. Smith, Jr. & Associates
P.O. Drawer 6629
Dothan, Alabama 36302

This the 23day of August, 2006.

/s/ Alex L. Holtsford, Jr.
OF COUNSEL