IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| LAVANDA CALHOUN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 1:05-CV-921-F |
| | * | |
| PROGRESSIVE CASUALTY | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

## DEFENDANT'S WITNESS LIST

Comes Now, the Defendant, Progressive Casualty Insurance Company, by and through undersigned counsel, and does hereby file the following witness list:

1. Lavanda Calhoun
   10980 South Park Avenue
   Dothan, AL 36301
   (334) 677-5187

2. Mathew Downing
   588 County Road 527
   New Brockton, AL 36313
   (334) 894-6579

3. Officer J. Davis
   Dothan Police Department
   210 North Saint Andrews Street
   Dothan, AL 36303
   (334) 615-3000

4. All medical providers who treated the Plaintiff before the accident in question.

5. All medical providers who have treated the Plaintiff for injuries related to the accident including:

   a) Dr. Patrick G. Ryan
      Montgomery Neurosurgical Associates
      1510 Foster Avenue
      Montgomery, AL 36106
      (334) 834-6422

    b)    Dr. Douglas A. Duerson
          Dothan Anesthesiology Associates
          4370 West Main Street
          Dothan, AL 36301
          (334) 793-5000

    c)    W.A. Sanders, D.C.
          Sanders Chiropractic Clinic, PA
          1001 Tate Drive
          Dothan, AL 36301
          (334) 793-2096

6.    All witnesses listed by the Plaintiff.

7.    Any witnesses needed for rebuttal purposes.

8.    Any witness that is necessary to authenticate any exhibit offered into evidence.

Respectfully submitted this 23rd day of August, 2006.


                                          /s/ Alex L. Holtsford, Jr.
                                          ALEX L. HOLTSFORD, JR. (HOL048)
                                          Attorney For Defendant


OF COUNSEL:
NIX HOLTSFORD GILLILAND
HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Rufus R. Smith, Jr.
Rufus R. Smith, Jr. & Associates
P.O. Drawer 6629
Dothan, Alabama 36302

This the 23rd day of August, 2006.

/s/ Alex L. Holtsford, Jr.
OF COUNSEL