**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA,**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LAVANDA CALHOUN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1:05-CV-921-F** |
| **PROGRESSIVE CASUALTY** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR EDITING CONFERENCE WITH REGARD TO**
**OBJECTIONS TO TESTIMONY TO BE PRESENTED BY VIDEO**
**DEPOSITION BY DR. PATRICK G. RYAN, DR. DOUGLAS A.**
**DUERSON AND DR. WALLACE SANDERS**

Comes Now the Plaintiff in the above styled cause and moves the Court to hold an editing conference with regard to all objections to the testimony of Dr. Patrick G. Ryan, Dr. Douglas A. Duerson and Dr. Wallace Sanders to be presented by video deposition at the trial of this case.  As grounds for said Motion, Plaintiff says as follows; to-wit:

1.    The video deposition of Dr. Patrick G. Ryan was taken in Montgomery, Alabama by the parties in this case on January 13, 2006.

2.    The video deposition of Dr. Douglas A. Duerson was taken in Dothan, Alabama by the parties in this case on January 23, 2006.

3.   The video deposition of Dr. Wallace Sanders was taken in Dothan, Alabama by the parties in this case on January 24, 2006.

4.   An editing conference at which all objections to testimony to be presented by video deposition at the trial of this case, with said objections being made by page number and line number of the deposition transcript testimony and with the Court ruling on said objections and requiring the party offering the video deposition testimony to have a copy of the video deposition made and edited pursuant to the Court's rulings on objections; will allow the trial of this case to proceed more orderly and will save the Court's and jury's time by expediting the trial of this case.

5.   The original of all video depositions shall remain unaltered.

6.   The party offering the video deposition testimony shall pay the cost associated with editing a copy of said deposition pursuant the Court's rulings on said objections.

7.   The Plaintiff requests that the editing conference with regard to the foregoing be held at the time of the pretrial conference scheduled in this case on September 13, 2006 at 10:00am.


RESPECTIVELY SUBMITTED,

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI 060)
Attorney for Plaintiff
RUFUS R. SMITH, JR. & ASSOCIATES
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959 FAX (334) 671-7957


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all attorneys of record by placing a copy of the same in the U.S. Mail, postage paid and delivered to their correct addresses this the 8th day of September, 2006.

Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, LYONS & HIGGINS, P.C.
Union Station
Post Office Box 4128
Montgomery, Alabama  36103-4128

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr.
Attorney for Plaintiff