IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-921-MEF |
| ) | |
| PROGRESSIVE CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of Defendant's Objection to Exhibit of Plaintiff (Doc. # 22) filed on September 7, 2006, based upon the representations from counsel at the Pre Trial Conference, it is hereby ORDERED that the objection is SUSTAINED.

Upon consideration of Plaintiff's Motion for Editing Conference (Doc. # 23) filed on September 8, 2006, it is hereby ORDERED that the motion is DENIED with leave to refile.

DONE this the 14th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE