IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | Case No.:  1:05-CV-921-F |
| PROGRESSIVE SPECIALTY  ) | |
| INSURANCE COMPANY,     ) | |
| ) | |
| Defendant.            ) | |

---

**PLAINTIFF'S VOIR DIRE**

---

Comes Now the Plaintiff, **LAVANDA CALHOUN,** pursuant to **SECTION 13** of the Court's **UNIFORM SCHEDULING ORDER** and submits the hereinafter requested voir dire; to-wit:

On May 16, 2003, Lavanda Calhoun, was operating a 2000 Ford Explorer on the Ross Clark Circle at or near the intersection of South Oates Street in Dothan, Houston County, Alabama.

The Ross Clark Circle and South Oates Street are public highways in Houston County, Alabama.

Lavanda Calhoun was seriously injured on May 16, 2003 when the vehicle that she was operating was rear-ended by a 1986 Chevrolet Camaro being operated by Matthew Justin Downing.

The parties stipulate that the accident was caused by the negligence of

Matthew Justin Downing

Lavanda Calhoun further alleges that she suffered severe and permanent injuries and damages as a proximate result of Matthew Justin Downing's negligence.

On May 16, 2003, Matthew Justin Downing was an uninsured motorist as that term is defined by the *Code of Alabama*.

At the time of the accident of May 16, 2003, Lavanda Calhoun, was insured by automobile liability insurance policies issued by the Defendant, Progressive Specialty Insurance Company. Mrs. Calhoun's insurance policies provided insurance coverage for uninsured motorist benefits.

These policies of insurance were in full force and effect at the time of the accident of May 16, 2003.

Mrs. Calhoun's claim in this case against Progressive Specialty Insurance Company is for uninsured motorist insurance coverage.

For the purposes of this case Progressive Specialty Insurance Company stands in the shoes of Matthew Justin Downing with regard to liability and damages.

## VOIR DIRE QUESTIONS

1. Do any of you know Lavanda Calhoun or her husband, Gene Calhoun? If so, how do you know them?

2. The Defendant in this case is Progressive Specialty Insurance Company. Are any of you employed by Progressive Specialty Insurance Company?

3. Do any of you carry your liability insurance coverage with Progressive Specialty Insurance Company?

4. The lawyer who is representing Progressive Specialty Insurance Company is Alex L. Holtsford, Jr.; who practices law in Montgomery, Alabama with the firm of Nix, Holtsford, Gilliland, Higgins & Hitson. The other members of that firm are:

   a. H.E. Nix, Jr.
   b. Floyd R. Gilliland, Jr.
   c. S. Anthony Higgins
   d. Kenneth A. Hitson, Jr.
   e. Rick A. Howard
   f. David P. Stevens
   g. Jay S. Tuley
   h. S. Mark Dukes
   i. Charles W. Rutter
   j. Jeffrey G. Hunter
   k. Murry S. Whitt
   l. Michael A. Shaw
   m. Jason D. Darneille
   n. Monica E. Jayroe

Have any of you or any member of your immediate family ever been represented by any of these lawyers?

5. Do any of you know or do you have a speaking acquaintance with any of these attorneys?

6. Do any of you know any of the employees that work at the law firm of Nix, Holtsford, Gilliland, Higgins & Hitson in either in their Montgomery, Alabama office or their Mobile, Alabama office?

7. Have you or any member of your immediate family ever had a job where your job duties and responsibilities included adjusting claims for people who were injured in accidents?

8. Have you or any member of your immediate family ever been employed in any capacity by an insurance company?

9. Do any of you believe that civil law suits should not be brought by individuals for money damages, no matter what the circumstances are?

10. Do any of you have any beliefs; religious, personal, business or otherwise; that would prevent you from awarding the Plaintiff damages in excess of $200,000.00; if under the evidence and law in this case; it is proven to you that the plaintiff is entitled to such an award?

11. Do any of you believe, for whatever reason, that lawsuits should not be brought for money damages for pain, suffering, and mental distress?

12. Do any of you know anything about the facts of this case? If so,

would that prevent you from being fair and impartial to both sides?

13. Have you or any member of your immediate family ever been sued? If so, for what?

14. Have you or any member of your immediate family ever sued anyone? If so, for what?

15. Have any of you ever appeared at the trial of a case as the corporate representative of a company that was being sued?

16. There will be witnesses in this case. Some will be live and some will be by video deposition.

17. Will you give more weight to the live witnesses than to witnesses that appear by video deposition?

18. I'm now going to read you a list of names, these people are expected to be witnesses at the trial of this case and I'll ask you if you recognize any of their names or if you know any of these witnesses. If so, please explain how you know them; to-wit:

    a. **Lieutenant Ladon Joiner**. Lieutenant Joiner is employed by the Houston County Sheriff's Department and came upon the scene of the accident shortly after the accident occurred.

    b. **Dr. Patrick G. Ryan**. Dr. Ryan is one of Lavanda Calhoun's treating physicians who practices in Montgomery, Alabama at Montgomery Neurosurgical Associates.

    c. **Dr. Douglas A. Duerson**. Dr. Duerson is one of Lavanda Calhoun's treating physicians who practices in Dothan, Alabama at Dothan Anesthesiology Associates.

d. **W. A. Sanders, D.C.** Dr. Sanders is Lavanda Calhoun's treating chiropractor who practices in Dothan, Alabama at Sanders Chiropractic Clinic.

19. Do you understand that this is a civil case and not a criminal case?

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Rufus R. Smith, Jr. & Assoc.
Attorneys for Plaintiff
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 12th day of September, 2006.

Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, LYONS & HIGGINS, P.C.
Union Station
Post Office Box 4128
Montgomery, Alabama  36103-4128

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr.
Attorney for Plaintiff

6