IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Case No.: 1:05-CV-921-F |
| PROGRESSIVE SPECIALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

## PLAINTIFF'S JURY CHARGES

Comes now the Plaintiff, Lavanda Calhoun, pursuant to **SECTION 13** of the Court's **UNIFORM SCHEDULING ORDER** and submits the attached Jury Charges, together with applicable citations of law [each of said requested jury instruction is from the **ALABAMA PATTERN JURY CHARGES, SECOND EDITION**].

Plaintiff requests the Court charge the jury utilizing said requested charges.

Respectfully submitted,

/s/ Rufus R. Smith, Jr.
Rufus R. Smith, Jr. (SMI060)
Rufus R. Smith, Jr. & Assoc.
Attorneys for Plaintiff
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the _____ day of September, 2006.

Alex L. Holtsford, Jr., Esq.
NIX, HOLTSFORD, GILLILAND, LYONS & HIGGINS, P.C.
Union Station
Post Office Box 4128
Montgomery, Alabama  36103-4128

                                             /s/ Rufus R. Smith, Jr.
                                             Rufus R. Smith, Jr.
                                             Attorney for Plaintiff

# PLAINTIFF'S JURY CHARGE NO. 1

### DEPOSITION - DEFINITION

A deposition is the testimony of a party or witness, taken before trial in writing, under oath or affirmation, before some judicial officer, in answer to oral questions. The video depositions of witnesses have been offered and have been received in evidence in this case. The testimony of these witnesses by video deposition is evidence in this case just as if the witness had appeared and testified in person at trial. During your deliberations you should consider this testimony along with all the other evidence material to the issues.

APJI 15.03


**GIVEN** _____        **REFUSED** _____

## PLAINTIFF'S JURY CHARGE NO. 2

### INFERENCES

The jury may draw reasonable inferences from the evidence, but there must be a reasonable connection between the fact proved and the ultimate fact inferred. Inferences may be drawn only from facts established by the evidence. An inference may not be based upon another inference.

APJI 15.01

**GIVEN** _____        **REFUSED** _____

## PLAINTIFF'S JURY CHARGE NO. 3

### INFERENCE OF FACT - DEFINITION

An inference of a fact is a conclusion of the existence of a fact not known or proved, which may reasonably arise from facts that are known or proved.

APJI 15.00

**GIVEN** _____          **REFUSED** _____

## **PLAINTIFF'S JURY CHARGE NO. 4**

### GENERAL

Compensatory or actual damages are allowed and should be awarded where the plaintiff reasonably satisfies the jury from the evidence that the plaintiff has been injured or damaged as a proximate result of an act of negligence on the part of the defendant.

APJI 11.01

**GIVEN** _____    **REFUSED** _____

## **PLAINTIFF'S JURY CHARGE NO. 5**

### COMPENSATORY

The purpose of awarding compensatory damages is to fairly and reasonably compensate the injured party for the loss or injury sustained. Compensatory damages are intended as money compensation to the party wronged, to compensate her for her injuries and other damages which have been inflicted upon her as a proximate result of the wrong complained of.

APJI 11.02

**GIVEN** _____       **REFUSED** _____

# PLAINTIFF'S JURY CHARGE NO. 6

## PERSONAL INJURY - ELEMENTS

The plaintiff claims compensation for the following items or elements of damages:

1. Medical expenses;

2. Physical pain and suffering;

3. Mental anguish;

4. Aggravation of pre-existing condition; and

5. Permanent injuries.

APJI 11.04


**GIVEN** _____     **REFUSED** _____

## PLAINTIFF'S JURY CHARGE NO. 7

### PERSONAL INJURY-PHYSICAL PAIN AND MENTAL ANGUISH

The law has no fixed monetary standard to compensate for physical pain and mental anguish. This element of damage is left to your good sound judgment and discretion as to what amount would reasonably and fairly compensate the plaintiff for such physical pain and mental anguish as you find from the evidence the plaintiff did suffer.

If you are reasonably satisfied from the evidence that the plaintiff has undergone or will undergo pain and suffering or mental anguish as a proximate result of the injury in question, you should award a sum which will reasonably and fairly compensate her for such pain, suffering, or mental anguish already suffered by her and for any pain, suffering or mental anguish which you are reasonably satisfied from the evidence that she is reasonably certain to suffer in the future.

APJI 11.05

**GIVEN** _____    **REFUSED** _____

## PLAINTIFF'S JURY CHARGE NO. 8

It is for you to determine from the evidence the nature, extent and duration of the Plaintiff's injuries. If you are reasonably satisfied from the evidence that the Plaintiff has suffered permanent injuries and that such injuries proximately resulted from the wrongs complained of, then you should include in your verdict such sum as you determine to be reasonable compensation for such permanent injuries.

APJI 11.06

**GIVEN** _____   **REFUSED** _____

# **PLAINTIFF'S JURY CHARGE NO. 9**

## PERSONAL INJURY-AGGRAVATION

## OF PRE-EXISTING CONDITION

If you find for the Plaintiff, she would be entitled to recover for all damages which are the proximate result of Defendant's negligence, including damages for the aggravation of any injury or condition which may have existed at the time of the incident made the basis of Plaintiff's complaint.

APJI 11.07

**GIVEN** _____          **REFUSED** _____

# PLAINTIFF'S JURY CHARGE NO. 10

## PERSONAL INJURY-MEDICAL EXPENSES

The measure of damages for medical expenses is all reasonable expenses necessarily incurred for doctors' and medical bills which the plaintiff has paid or become obligated to pay and the amount of the reasonable expenses of medical care, treatment and services reasonably certain to be required in the future. The reasonableness of, and the necessity for, such expenses are matters for your determination from the evidence.

APJI 11.09

**GIVEN**  _____        **REFUSED** _____