IN THE UNTIED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No.: 1:05-cv-921-F |
| ) | |
| PROGRESSIVE CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S WITHDRAWAL OF EXHIBITS

**COMES NOW** the Plaintiff in the above styled cause, Lavanda Calhoun, by and through her attorney of record and withdraws the hereinafter numbered exhibits listed in Plaintiff's Exhibit List and/or Supplemental Exhibit List. Said exhibits are withdrawn as a result of the Joint Stipulation of the Parties.

**PLAINTIFF'S EXHIBIT 1 IS WITHDRAWN**

**PLAINTIFF'S EXHIBIT 2 IS WITHDRAWN**

**PLAINTIFF'S EXHIBIT 4 IS WITHDRAWN**

**PLAINTIFF'S EXHIBIT 17 IS WITHDRAWN**

**PLAINTIFF'S EXHIBIT 18 IS WITHDRAWN**

**PLAINTIFF'S EXHIBIT 19 IS WITHDRAWN**

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. (SMI060)
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 14th day of September, 2006.

Alex L. Holtsford, Jr.
Nix, Holtsford Gilliland,
Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Attorney for Defendant

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr.
Attorney for Plaintiff