IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| LAVANDA CALHOUN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 1:05-CV-921-F |
| | * | |
| PROGRESSIVE SPECIALTY | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

## DEFENDANT PROGRESSIVE SPECIALTY INSURANCE COMPANY'S REQUESTED VOIR DIRE

COMES NOW Defendant Progressive Specialty Insurance Company, by and through undersigned counsel, and respectfully requests of this Honorable Court that the following voir dire questions be propounded to the venire panel in this case:

*If any of these questions apply to you, please stand so that we can get your name and ask any necessary follow-up questions. If any of these questions involve matters that are sensitive to you, or that you may not wish to discuss in open court, after the lawyers get through asking questions, approach the bench and discuss the matter privately with the lawyers and the judge.*

1. Are any of you related by blood or marriage to the Plaintiff in this case, Lavanda Calhoun?

2. Do any of you know, or know anything about, the Plaintiff, Lavanda Calhoun?

3.  Do you know, or know anything about, any relatives of the Plaintiff, or anyone who you think might be related to the Plaintiff, Lavanda Calhoun?

4.  Do you know or have any of you ever consulted with, been represented by, or worked with Randy Smith.?

5.  Do any of you know anyone who works with or for Randy Smith?

6.  Do you know, or know anything about, any of the following witnesses the Plaintiff named in this case?

    1)  Gene Calhoun

    2)  Matthew Downing

    3)  Officer J. Davis

    4)  Lieutenant Ladon Joiner

    5)  Dr. Patrick Ryan

    6)  Dr. Douglas Duerson

    7)  Dr. W.A. Sanders

7.  Have any of you ever been a Plaintiff in a lawsuit, that is, have you ever sued anyone before? If so, what was the subject matter of the lawsuit and what was the outcome?

8. Have any of you ever received money as compensation for an injury, whether or not a lawsuit was filed? What were the circumstances?

9. Have any of you ever worked for the sheriff's office in Houston County, where the Plaintiff is employed? If so, when?

10. Have any of you ever been a Defendant, or been sued by anyone, in a lawsuit?

11. Have any of you ever been injured in a motor vehicle accident? If so, did any of you have injuries which remained painful for more than a month?

12. Do you know anything about an accident that occurred at about 7:55 a.m. on Friday, the 16th of May 2003 on Ross Park Circle between South Oates Street and South Park Avenue in Dothan, Alabama?

13. Do any of you own your own business?

14. Are any of you in a managerial position at your employment?

15. Do any of you believe that if an accident happens, someone must be at fault? Do any of you believe that accidents cannot possibly happen where no one is at fault?

16. Do any of you think that if a lawsuit has been filed, and it goes to trial, that there must be some truth in the lawsuit's claims?

17. Would any of you have a difficult time returning a verdict which is equally fair to both parties, even though the defendant is an insurance company? Can everyone be fair to both sides, and give fairness to an insurance company equal to that given an individual?

18. Are all of you willing to abide by the law which says that you cannot let emotion, bias, sympathy, and prejudice affect your decision in hearing a case?

/s/ Alex L. Holtsford, Jr  
ALEX L. HOLTSFORD, JR. (HOL048)  
Counsel for Defendant Progressive Specialty Insurance Company

Of Counsel:

*Nix Holtsford Gilliland Higgins & Hitson P. C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day provided an exact copy of the foregoing document by hand delivery or by United States Mail, postage paid to the indicated address, to the following

Rufus R. Smith, Jr.
Attorney For Plaintiff
Post Office Drawer 6629
Dothan, Alabama 36302

On this the 15th day of September, 2006.

/s/ Alex L. Holtsford, Jr  
OF COUNSEL