1

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

LAVANDA CALHOUN,              )
                              )
    PLAINTIFF,                )
                              )
VS.                           )  CASE NO. 1:05-cv-921-F
                              )
PROGRESSIVE CASUALTY          )
INSURANCE COMPANY,            )
                              )
    DEFENDANT.                )

The deposition of LAVANDA CALHOUN, taken by the Defendant, pursuant to the Federal Rules of Civil Procedure, before John G. Whitfield, RPR, and Notary Public, State at Large, at the law offices of Rufus R. Smith, Jr. & Associates, Dothan, Alabama, on the 23rd day of January, 2006, at 11:30 A.M., CST, pursuant to notice.

* * * * *

APPEARANCES:

FOR THE PLAINTIFF:              FOR THE DEFENDANT:

RUFUS R. SMITH, JR.             ALEX L. HOLTSFORD, JR.
Attorney at Law                 Attorney at Law
Dothan, Alabama                 Montgomery, Alabama

ORIGINAL

```
 1    income, as a result of this accident?
 2         A    I have sick leave at work.
 3         Q    And I'm assuming you're on a salary
 4    basis?  Is that right?  As opposed to being paid
 5    hourly?
 6         A    No, I'm hourly.
 7         Q    Oh, okay.  How much do you make per
 8    hour?
 9         A    I believe it's about $13.00 an hour.
10         Q    Okay.  I think I interrupted you,
11    there, when I was asking you if you're claiming
12    lost income.  You used sick leave that you had?
13         A    I used -- I had probably over 700
14    hours of sick leave, at the time, and I used it
15    to cover any time that I was out.
16         Q    Okay.
17         A    So, I was paid.
18         Q    You have not had to use anything other
19    than sick leave?  Is that right?
20         A    That's correct.
21         Q    Okay.  And sick leave is not something
22    that you would ever get paid for, is it?  Like,
23    if you didn't use it, you wouldn't get paid for
24    it, would you?
25         A    No, sir.
```

1   Q    Okay.  So, you have not lost any
2   dollars in income, as a result of this accident?
3   Is that true?
4   A    Yes, sir.
5   Q    Okay.  How long did you stay out of
6   work, after the surgery?
7   A    I want to think it was four weeks, and
8   then, I went back on a part-time basis, where I
9   went to work a half a day.  I think I did that
10  for two weeks.
11  Q    Okay.  And, since the time, have you
12  been working full time?
13  A    Yes.
14  Q    Full duty?
15  A    Yes.
16  Q    You don't have any limitations or
17  restrictions at work, as to what you can and
18  cannot do, do you?
19  A    No, sir.  Not at this time.
20  Q    Okay.  Has there ever been any work
21  that you needed to do at work, that you were not
22  able to?
23  A    Right after I came back to work, I did
24  not bend or pick up anything, you know.
25  Q    The thing with the heavy-duty stapler,