# IN THE UNTIED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

LAVANDA CALHOUN,            )
                            )
    Plaintiff,        )
                            )
VS.                         )         Case No.: 1:05-cv-921-F
                            )
PROGRESSIVE SPECIALTY       )
INSURANCE COMPANY,          )
                            )
    Defendant.        )

## JOINT STIPULATION OF PARTIES

**COME NOW** all parties to this matter and jointly stipulate for trial purposes to the following items:

    **I.**    **To Be Read To The Jury:**

    a.    This case involves an automobile accident which occurred on May 16, 2003, in Dothan, Alabama. Plaintiff Lavanda Calhoun was driving her automobile at that time on the Ross Clark Circle. While slowing down for traffic, the vehicle operated by Lavanda Calhoun was struck from behind by an automobile driven by Matthew Downing. The parties stipulate that the accident was caused by the negligence of Matthew Downing.

    b.    Since the time of the accident, Plaintiff, Lavanda Calhoun, has received medical treatment for injuries which she contends to

be proximately caused by or aggravated by the automobile accident at issue.

c.    As a benefit of being a county employee, Lavanda Calhoun had health insurance coverage with Blue Cross and Blue Shield of Alabama. Blue Cross and Blue Shield of Alabama has satisfied all of the medical bills incurred by Lavanda Calhoun, and seeks reimbursement out of any damages awarded to Lavanda Calhoun in the amount of $11,849.11.

d.    Progressive Specialty Insurance Company has paid $2,000.00 of medical pay benefits to Plaintiff Lavanda Calhoun.

e.    The lawsuit at issue seeks underinsured motorist benefits from Progressive Speciality Insurance Company. The only dispute in this case is the amount, if any, of uninsured motorist benefits due to Lavanda Calhoun as a result of the automobile accident at issue.

f.    At the time of the accident of May 16, 2003, Lavanda Calhoun, was insured by automobile liability insurance policies issued by the Defendant, Progressive Specialty Insurance Company. These policies of insurance were in full force and effect at the time of the accident of May 16, 2003.

    g.    On May 16, 2003, Matthew Justin Downing was an uninsured motorist as that term is defined by the *Code of Alabama.*

**II.    Stipulations Not To Be Submitted To The Jury:**

    a.    Plaintiff, Lavanda Calhoun received $50,000.00 from the liability insurance carrier (Alfa) for the tortfeasor. At the conclusion of the trial, the Court will deduct $50,000.00 from any monetary award to Lavanda Calhoun by the jury in this case. The judgment, if any, awarded to Lavanda Calhoun against Progressive Specialty Insurance Company will be the amount of damages assessed by the jury, less a $50,000.00 set off to be taken post-trial by the Court in this case, subject also to maximum limits of contractual liability.

    b.    Progressive Specialty Insurance Company has potential underinsured motorist benefits of $200,000.00 applicable to this claim. Therefore, the maximum judgment against Progressive Specialty Insurance Company, after the $50,000.00 set off, would be $200,000.00. Any judgment against Progressive in excess of that amount is due to be remitted to that amount.

    c.    The jury will not be informed about the amount of liability insurance proceeds ($50,000.00) already paid to the Plaintiff, and likewise the jury will not be informed about the amount of

uninsured motorist insurance policy limits of Progressive Specialty Insurance Company ($200,000.00).

/s/ Rufus R. Smith, Jr., Esq.
Rufus R. Smith, Jr. (SMI060)
Attorney for Plaintiff

OF COUNSEL:
Rufus R. Smith, Jr. & Associates
Post Office Drawer 6629
Dothan, Alabama 36302
(334) 671-7959
FAX: (334) 671-7957

/s/ Alex L. Holtsford, Jr., Esq.
Alex L. Holtsford, Jr. (HOL048)
Attorney for Defendant

OF COUNSEL:
Nix, Holtsford Gilliland,
Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585
FAX: (334) 215-7101