IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN,           )<br>                              )<br>    Plaintiff,              )<br>v.                            )<br>                              )<br>PROGRESSIVE CASUALTY         )<br>INSURANCE COMPANY,           )<br>                              )<br>    Defendant.               ) | CASE NO. 1:05-cv-921-MEF |

## **O R D E R**

This cause is before the Court on Defendant Progressive Specialty Insurance Company's Motion in Limine (Doc. # 31). Upon consideration of the motion, it is hereby

ORDERED that the Plaintiff show cause in writing on or before September 20, 2006 as to why the motion should not be granted.

DONE this the 18th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE