# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING          AT DOTHAN, AL

DATE COMMENCED:   10/2/06          AT:   10:35 a.m.
DATE COMPLETED:   10/2/06          AT:   4:15 p.m.

Lavanda Calhoun                §
                               §
vs.                            §   CV. NO. 1:05CV921-MEF
                               §
Progressive Specialty Insurance Company   §

_____
     PLAINTIFF              APPEARANCES:          DEFENDANT
Rufus R. Smith, Jr.                          Alex L. Holtsford, Jr.
_____
                    COURT OFFICIALS PRESENT:

Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter
_____
                    COURTROOM PROCEEDINGS:

( X ) **Jury Selection**

    10:35 a.m. -   Court convenes.
                    Opening remarks by Court.
                    Court fives oath and swears entire jury panel in.
                    Voir dire begins.
                    Plaintiff's challenge for cause as to juror #54 is granted. Defendant's
                    challenge for cause as to jurors #75, 6, 10 and 39 are granted.
                    Jury selection held.
                    Jury given oath, sworn in with the Court and seated in jury box.
    4:15 p.m. -    Court is in recess.