# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT DOTHAN, AL

DATE COMMENCED:    10/11/06          AT:    9:05 a.m.
DATE COMPLETED:    10/12/06          AT:    10:15 a.m.

Lavanda Calhoun                          §
                                         §
vs.                                      §   CV. NO.  1:05CV921-MEF
                                         §
Progressive Casualty Insurance Company   §

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Rufus R. Smith, Jr. | | Alex L. Holtsford, Jr. |

### COURT OFFICIALS PRESENT:

Josh Shapiro, Law Clerk
Kelli Gregg, Courtroom Clerk
Jimmy Dickens, Court Reporter

### JURORS

| | |
|---|---|
| Henry G. Logan | Susan B. White |
| Peggy A. Lucas | Aaron Dansby |
| Denny W. Wright | Andrea D. Golden |
| Kelli L. Tew | Elouise P. Jones |

### COURTROOM PROCEEDINGS:

( X)  **Jury Trial**

| | |
|---|---|
| 9:05 a.m. - | Court convenes. |
| | Court gives preliminary instructions to the jury. |
| | Opening statements begin. |
| 9:35 a.m. - | Court recesses because of sick juror. |
| | Court excuses sick juror (#4) from jury service in this case. |
| 10:00 a.m. - | Court reconvenes. |
| | Opening statements resume by plaintiff's counsel.  Plaintiff takes 29 minutes and Defendant takes 18 minutes. |
| | Plaintiff calls their first witness by deposition testimony, Wallace Sanders. |
| 11:30 a.m. - | Court is in recess. |

| | |
|---|---|
| 1:00 p.m. - | Court reconvenes. |
| | Plaintiff calls Lavanda Calhoun to testify. |
| | Defendant begins cross examination of witness Calhoun. |
| | Plaintiff begins re-direct. |
| | Defense counsel begins re-cross examination. |
| | Plaintiffs next witness is Dr. Patrick Ryan by video deposition. |
| 2:30 p.m. - | Court is in recess. |
| 3:00 p.m. - | Court reconvenes. |
| | Plaintiff calls Officer Jay Davis to testify. |
| | Defendant begins cross examination of witness Davis. |
| | Plaintiff's next witness is Dr. Douglas A. Duerson by video deposition. |
| | Plaintiff rests at this time. |
| | Defendant Motions the Court for Judgment as a Matter of Law. |
| | Court DENIES defendant's Motion for Judgment as a Matter of Law. |
| | Defendant rests at this time and Renews their Motion for Judgment as a Matter of Law at this time. |
| | Court adopts prior ruling and DENIES defendant's Motion for Judgment as a Matter of Law. |
| 3:40 p.m. - | Court is in recess. |
| 3:55 p.m - | Court reconvenes. |
| | Closing arguments begin. Plaintiff takes 22 minutes and Defendant takes 14 minutes. |
| | Court gives closing instructions to the jury. |
| 4:55 p.m. - | Court is in recess. |

DAY TWO
10/12/06

| | |
|---|---|
| 9:00 a.m. - | Jury deliberations resume. |
| 9:50 a.m - | Court convenes to receive note from the jury. |
| | Court discusses note with parties. |
| 10:08 a.m. - | Court is in recess. |
| 10:10 a.m. - | Court reconvenes to receive verdict from the jury. |
| | Verdict is entered in favor of the plaintiff. |
| | Defendant asks for a set off of the judgment. |
| | Court will enter a written judgment. |
| 10:15 a.m. - | Court is in recess. |