<table>
<tr><td colspan="2"><strong>COURTS<br>EXHIBITS</strong><br><br><strong>CA NO. 1:05CV921-MEF</strong></td><td colspan="2"><strong>Lavanda Calhoun</strong><br>vs<br><br><strong>Progressive Casualty Insurance Company</strong></td></tr>
<tr><td colspan="2"><strong>Jury Trial 10/11/06 - 10/12/06</strong></td><td colspan="2"><strong>PRESIDING JUDGE: MARK E. FULLER</strong></td></tr>
<tr><td colspan="2"><strong>exhibits with court file in separate binder</strong></td><td colspan="2"><strong>Court Reporter: Jimmy Dickens</strong></td></tr>
</table>

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | | | | | | Note from the jury |
| YES | | | | | | Note from the jury |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |