| | PLAINTIFFS EXHIBITS  CA NO. 1:05CV921-MEF | | | | | Lavanda Calhoun  vs  Progressive Specialty Insurance Company | |
|---|---|---|---|---|---|---|---|
| Jury Trial 10/11/06 - 10/12/06 | | | | | | PRESIDING JUDGE: MARK E. FULLER | |
| exhibits with court file in separate binder | | | | | | Court Reporter: Jimmy Dickens | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION | |
| YES | 10/11/06 | 10/11/06 | 3 | | | Itemization of medical bills | |
| YES | 10/11/06 | 10/11/06 | 5 | | | Medical records of Dr. Patrick G. Ryan | |
| YES | 10/11/06 | 10/11/06 | 6 | | | Letter from Dr. Patrick G. Ryan | |
| YES | 10/11/06 | 10/11/06 | 7 | | | Admission history and physical dated 8/9/05 | |
| YES | 10/11/06 | 10/11/06 | 8 | | | Operative report of 8/9/05 | |
| YES | 10/11/06 | 10/11/06 | 9 | | | 9/7/05 letter from Dr. Patrick G. Ryan | |
| YES | 10/11/06 | 10/11/06 | 10 | | | Medical illustration | |
| YES | 10/11/06 | 10/11/06 | 11 | | | The standard mortality table | |
| YES | 10/11/06 | 10/11/06 | 12 | | | Medical records of Dr. Douglas A. Duerson | |
| YES | 10/11/06 | 10/11/06 | 13 | | | Medical records of Sanders Chiropractic Clinic | |
| | | | | | | 1/13/06 Video Deposition Testimony of Dr. Patrick Ryan with written transcript | |
| | | | | | | 1/23/06 Video Deposition Testimony of Dr. Douglas A. Duerson with written transcript | |
| | | | | | | 1/24/06 Deposition of Wallace Sanders | |