IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Lavanda Calhoun | ) | |
| | ) | |
| | ) | |
| vs. | ) | CV NO. 1:05CV921-MEF |
| | ) | |
| | ) | Jury Trial: 10/11/06 - 10/12/06 |
| Progressive Casualty Insurance Company | | Before: Hon. Mark E. Fuller |

**WITNESS LIST**

PLAINTIFF                                                                                      DEFENDANT

Wallace Sanders - by deposition testimony
Lavanda Calhoun
Dr. Patrick Ryan - by video deposition
Officer Jay Davis
Dr. Douglas A. Duerson - by video deposition