IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAVANDA CALHOUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cv-921-MEF |
| | ) | |
| PROGRESSIVE SPECIALTY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FOR PLAINTIFF

We, the Jury, find in favor of the Plaintiff, Lavanda Calhoun, on her claims against the Defendant, Progressive Specialty Insurance Company, and assess her damages at $ _52,550_ .

SO SAY WE ALL.

DONE this the 12 day of October, 2006.

_Aaron Davis_
FOREPERSON