# FEES OF THE CLERK

AO82 SWEDA
(Rev. 4/91)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at MONTGOMERY

**107763**

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution of U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Filings Spec. Acct. |
| 510100 | Registry Admin. Acct. |

000331P
000407P

107763*#
CIVIL FILE FEE
086900        60.00
            ##
CIVIL FILE FEE
510000       190.00
            ##
TOTAL    250.00
CHECK    100.00
CHECK    150.00
CHANGE     0.00
  2 ITM-CT
120863A000 12:00

THIS IS A RECEIPT, NOT A BILL

CASE REFERENCE:

1:05cv921-F

RECEIVED FROM
Rufus R. Smith  09/27/05
PO Box 6629
Dothan AL 36302
Lavanda Calhoun
vs. Progressive

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.