# FEES FOR SERVICE OF SUMMONS AND SUBPOENA

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, SOUTHERN DIVISION__

Lavanda Calhoun

V.

Porgressive Casualty Insurance Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05CV921-F

TO: (Name and address of Defendant)

Progressive Casualty Insurance Company
The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rufus R. Smith, Jr. & Associates
Rufus R. Smith, Jr. (SMI060)
Post Office Drawer 6629
Dothan, Alabama 36301
(334) 671-7959

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

By/DEPUTY CLERK

DATE September 30 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                           Signature of Server

                                          _____
                                           Address of Server

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Progressive Casualty Ins. Comp.

Postage $ .60
Certified Fee 2.30
Return Receipt Fee (Endorsement Required) 1.75
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 4.65

Postmark Here
9-30-05
1:05cv292

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Progressive Casualty Ins. Comp.
Street, Apt. No.; or PO Box No.
2000 Interstate Park Dr., Suite 204
City, State, ZIP+4
Montgomery, AL 36109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil P

PS Form 3800, February 2000    See Reverse for Instructions