DEPOSITION COSTS FOR DEPOSITIONS READ
AT TRIAL /ADMITTED INTO EVIDENCE
AND FOR DEPOSITION COST FOR
DEPOSITIONS
NECESSARY FOR TRIAL PREPARATION

## DEPOSITION COSTS FOR DEPOSITIONS READ AT TRIAL /ADMITTED INTO EVIDENCE AND FOR DEPOSITION COST FOR DEPOSITIONS NECESSARY FOR TRIAL PREPARATION

Pursuant to Rule 54(d) of the *Federal Rules of Civil Procedure* and 28 USC §1920, Plaintiff, Lavanda Calhoun, as the prevailing party, requests that the following deposition and video taping costs be taxed against Progressive Specialty Insurance Company; to-wit:

1. Dr. Patrick Ryan
   a. Ben Williams, Compact Video [ videographer ]..............$300.00
   b. Birmingham Reporting Service [Court Reporter]............$345.06

2. Dr. Douglas Duerson
   Whitfield Court Reporting Service[Court Reporter]..............$210.00

3. Lavanda Calhoun
   Whitfield Court Reporting Service[Court Reporter]..............$ 75.00

4. Dr. Wallace Sanders
   Whitfield Court Reporting Service[Court Reporter]..............$248.25

Documentation for the requested deposition costs is attached hereto.

The stenographic transcription and video taping costs for the depositions of Dr. Patrick Ryan and Dr. Douglas Duerson, who were two of the Plaintiff's healthcare providers and whose depositions were admitted into evidence at the trial of this case in their entirety, were reasonably necessary depositions required to support the Plaintiff's claim for medical expenses and personal injury. Full cost of videotaped depositions shown at trial are properly allowed to the prevailing Plaintiff as "necessarily obtained for use in the case".

28 USCS §1920 (2) *Meredith v. Schreiner Transportation, Inc.,814 F Supp 1004 (1993, Dc Kan); Deaton v. Dreis & Krump Manufacturing Company, 134 FRD 219 (1991 ND Ohio); Weseloh-Hurtig v. Hepker, 152 FRD 198 (1993, DC Kan).*

The deposition of Dr. Wallace Sanders, the Plaintiff's treating chiropractor, was read in its entirety at the trial of this case and was admitted into evidence. Said deposition was necessarily obtained for use in the trial of this case.

Lavanda Calhoun's deposition was used by her to prepare her for her trial testimony and was utilized by the Defendant's attorney for cross-examination.



# STATEMENT

POSTED

**Ben Williams**
*Video Production with Impact*

5240 Mountain Pass Road, Southside, AL 35907
Phone 256.312.1387   www.mpactvideo.com
bwilliams@impactvideo.net

STATEMENT # 011306
DATE: JANUARY 16, 2006

| BILL TO | | COMMENTS | |
|---|---|---|---|
| Randy Smith, Jr., Esq. | | | Lavanda Calhoun vs. Progressive Insurance Company |
| Rufus R. Smith & Associates | | | 1:05-cv-921-F |
| 129 South St. Andrews Street | | | Video Deposition |
| Dothan, AL 35302 | | | |
| 334-671-7959 | | | |
| Customer ID: RSM001 | | | |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13/06 | Video Deposition of: Dr. Patrick Ryan | 300.00 |
| 01/13/06 | 1 DV Tape   @$5.00 Ea.   = $5.00       NO CHARGE | 0 |
| 01/13/06 | 1 DVD Copy @ $40.00 Ea. = $40.00   NO CHARGE | 0 |
| 01/13/06 | 1 VHS Copy @ $40.00 Ea. = $40.00   NO CHARGE | 0 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|
| 300.00 | | | | 300.00 |

Make all checks payable to: Ben Williams
**THANK YOU FOR YOUR BUSINESS!**

PAID
CHECK NO. 14583
DATE 1/27/2006

**RUFUS R. SMITH, JR. AND ASSOCIATES**
**ATTORNEYS AT LAW**
FIRM ACCOUNT
P.O. DRAWER 6629  (334) 671-7959
DOTHAN, AL  36302

Check No. 14583
Date: 1/27/2006
61-8-620

Pay to the order of: Ben Williams – Impact Video     $300.00
three hundred and no/100 DOLLARS

SouthTrust Bank

For: Lavanda Calhoun case

⑆014583⑆ ⑈062000080⑈ 66 765 319⑈   ⑆00000030000⑆

**BIRMINGHAM REPORTING SERVICE**

600 NORTH 20TH STREET, SUITE 205
BIRMINGHAM, AL 35203 205-326-4444
FEDERAL TAX ID 63-1192569



POSTED *MH 1/25/04*

| DATE | INVOICE NO. |
|---|---|
| 1/24/2006 | 2625014JC |

| BILL TO |
|---|
| RUFUS R. SMITH<br>ATTORNEY AT LAW<br>129 SOUTH ST. ANDREWS<br>SUITE 102<br>DOTHAN, AL 36301 |

| DATE TAKEN | REPORTER |
|---|---|
| 1/13/06 | J.CARROLL |

| DESCRIPTION | AMOUNT |
|---|---|
| RE: CALHOUN V. PROGRESSIVE CASUALTY | |
| DEPOSITION(s) OF: PATRICK RYAN, M.D. | |
| ORIGINAL & ONE COPY | 179.80 |
| ATTENDANCE | 60.00 |
| EXHIBITS | 9.35 |
| MILEAGE | 89.91 |
| POSTAGE & HANDLING | 6.00 |

PAID
CHECK NO. 14602
DATE 2/3/2006

| FEDERAL TAX ID #<br>63-1192569 | **Total** | $345.06 |
|---|---|---|

**RUFUS R. SMITH, JR. AND ASSOCIATES**
**ATTORNEYS AT LAW**
FIRM ACCOUNT
P.O. DRAWER 6629   (334) 671-7959
DOTHAN, AL 36302

14602
61-8-620

PAY TO THE ORDER OF: Birmingham Reporting Service

three hundred forty-five and 06/100

DATE 2/3/2006

$ 345.06

SouthTrust Bank

26 25014 JC

⑈014602⑈ ⑆062000080⑆ 66 765 316⑈    ⑈00000034506⑈

PAY TO THE ORDER OF
AMSOUTH BIRMINGHAM
PAY FOR DEPOSIT ONLY
BIRMINGHAM REPORTING
FOR BUSINESS ONLY
BIRMINGHAM REPORTING
SERVICE
PAYROLL ACCT.
062000019   42773539

**INVOICE**
**WHITFIELD COURT REPORTING**
P. O. Box 1078
Dothan, Alabama 36302
Phone: (334) 794-6292
FAX (334) 794-5246


POSTED MH 2/8/06

Tax ID # 63-0880864

DATE: FEBRUARY 3, 2006

TO: MR. RUFUS R. SMITH, JR.
RUFUS R. SMITH, JR. & ASSOCIATES
ATTORNEYS AT LAW
DOTHAN, ALABAMA

RE: LAVANDA CALHOUN VS. PROGRESSIVE CASUALTY
INSURANCE COMPANY - CASE NO.:1:05-CV-921-F -
U. S. DISTRICT COURT

| | AMOUNT |
|---|---|
| Depositions taken on the 23rd and 24th days of January, 2006. | |
| LAVANDA CALHOUN: (Copy) | $ 75.00 |
| DR. DOUGLAS DUERSON: (Orig. & copy) | 105.00 |
| VIDEO: | 75.00 |
| 1/2 APPEARANCE FEE: (1-23-06) | 30.00 |
| DR. WALLACE SANDERS: (Orig. & copy) | 182.00 |
| APPEARANCE FEE: (1-24-06) | 40.00 |
| COPYING EXHIBITS: | 26.25 |
| CONDENSED TRANSCRIPTS: | N/C |

PAID
CHECK NO. 14616
DATE 2/8/2006

THANK YOU, John

TOTAL  $533.25*

3557

**RUFUS R. SMITH, JR. AND ASSOCIATES**
**ATTORNEYS AT LAW**
FIRM ACCOUNT
P.O. DRAWER 6629   (334) 671-7959
DOTHAN, AL 36302

14616

DATE 2/8/2006

PAY TO THE ORDER OF: Whitfield Court Reporting    $533

five hundred thirty-three and 25/100    DOLLARS

SouthTrust Bank

FOR _____

⑈014616⑈ ⑆062000080⑆ 66 765 319⑈    ⑈0000053325⑈

0913027888
02132006
0610-0014-6
ENT=0177 TRC=0144 PK=02 ST BANK OF DOTHAN
FEB 10, 2006 - 062103767 - DOTHAN, AL

063107513
COLLECTING BANK    4385T  GA  CYCLE:0045 PKT:9
SVC-057  02132006  07PK  DDACYC    02132006
581697507S

For Deposit Only
WHITFIELD COURT REPORTING