IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAVANDA CALHOUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05-cv-921-MEF |
| ) | |
| PROGRESSIVE SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

On the 12th day of October, 2006, after this cause has been submitted to a jury, a verdict was returned by the jury as follows:

**We, the Jury find in favor of the Plaintiff, Lavanda Calhoun, on her claims against the Defendant, Progressive Specialty Insurance Company, and assess her damages at $ 52,550 .**

**SO SAY WE ALL.**

**DONE this the 12th day of October, 2006.**

/s/ Aaron Dansby
**FOREPERSON**

It is, therefore, the ORDER, JUDGMENT, and DECREE of the Court:

(1) That judgment is entered in favor of the Plaintiff and against the Defendant;

(2) That pursuant to the Joint Stipulation of Parties (Doc. # 32) and the agreement therein to set-off any judgment awarded to the Plaintiff by $50,000, the Plaintiff is awarded $2,550 in compensatory damages.

(3) That costs be taxed against the Defendant for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 17th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE