IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| LAVANDA CALHOUN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 1:05-CV-921-F |
| | * | |
| PROGRESSIVE SPECIALTY | * | |
| INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

## SATISFACTION OF JUDGMENT

COMES NOW Plaintiff and hereby states that the judgment entered herein, including costs, has now been satisfied and is due to be released and dismissed from the records.

DATED this 25th day of October, 2006.

_____
RUFUS R. SMITH
Attorney For Plaintiff

OF COUNSEL:
RUFUS R. SMITH
Attorney At Law
Post Office Drawer 6629
Dothan, Alabama 36302
Telephone:      (334) 671-7959
Facsimile:       (334) 671-7957

-1-

CERTIFICATE OF SERVICE

    I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to

Alex L. Holtsford, Jr.
NIX HOLTSFORD GILLILAND HIGGINS
  & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36106

on this the 25TH day of October, 2006.

_____
OF COUNSEL